**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lee Ann Pleva and Michael Pleva, | Civil No. 22-cv-1876 (JRT/LIB) |
| Plaintiffs, | |
| v. | **ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| USAA Federal Savings Bank, | |
| Defendant. | |

On August 9, 2022, the parties filed a Joint Stipulation for Extension of Time to Respond to Complaint [Docket No. 5]. Based upon review of the files and for good cause shown**, IT IS HEREBY ORDERED** that:

1. The parties' Joint Stipulation for Extension of Time to Respond to Complaint [Docket No. 5] is **APPROVED**; and

2. Defendant USAA Federal Savings Bank shall answer or otherwise respond to Plaintiff's Complaint by September 16, 2022.

Dated:  August 9, 2022                              s/Leo I. Brisbois
                                                    Hon. Leo I. Brisbois
                                                    U.S. MAGISTRATE JUDGE